William F. Bacon *vs.* Franklin Weston & another.

A motion to dismiss a replevin suit, because the replevin bond did not contain a certain article of property mentioned in the writ and actually replevied, is too late after pleading to the action.

THOMAS, J. This was a writ of replevin returnable to the court of common pleas, at the October term, 1851. It was entered and continued to the October term, 1852. At this term, and after the cause was opened to the jury, the defend‑ ants moved to dismiss the action, because the bond taken and returned omitted one item of the property described in the writ, and which was replevied, to wit, one single breaker. The court rightly overruled the motion. The objection was too late, and was waived by pleading to the action. *Simonds* v. *Parker*, 1 Met. 508; *Wolcott* v. *Mead*, 12 Met. 516.

*Exceptions overruled*

*I. Sumner*, for the defendants.
*J. D. Colt*, for the plaintiff.